**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANG HEUM LEE, individually and as the Successor in Interest to the Estate of SIGMUN LEE (deceased),<br><br>          Plaintiff,<br>  vs.<br><br>COUNTY OF KERN, et al,<br><br>          Defendants.<br>_____/ | CASE NO. CV-F-07-1337 LJO SMS<br><br>**ORDER RE STIPULATION** (Doc. 21) |

On January 4, 2007, the parties filed a stipulation "Allowing Plaintiff to Filed a Third Amended Complaint."  The parties stipulate that: (1) the January 22, 2008 hearing should be vacated, (2) defendants' motion to dismiss the second amended complaint be taken off-calendar, and (3) Plaintiff should be allowed 45 days in which to file a third amended complaint.  This stipulation was made on the basis that Plaintiff was recently made aware of an additional necessary party to this action.

Having reviewed and considered the stipulation, and good cause appearing, this Court ORDERS:

1. The January 22, 2008 hearing is VACATED;

2. Defendants' motion to dismiss the second amended complaint (Doc. 20) is TERMINATED; and

3. Plaintiff shall filed a third amended complaint no later than February 21, 2008.

IT IS SO ORDERED.

**Dated:**   **January 8, 2008**          **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE