# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHANG HEUM LEE, et al., | ) | 1:07-cv-01337 LJO TAG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER OF RECUSAL; |
| v. | ) | ORDER DIRECTING REASSIGNMENT |
| | ) | |
| COUNTY OF KERN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On the basis of good cause, the undersigned Magistrate Judge recuses herself from this action and directs the Clerk of Court to reassign another Magistrate Judge to this action and make appropriate adjustments, if any, in the assignments of cases to compensate for such reassignment.

IT IS SO ORDERED.

Dated:   **February 15, 2009**                            /s/ Theresa A. Goldner
                                                          UNITED STATES MAGISTRATE JUDGE