1  B.C. BARMANN, SR., COUNTY COUNSEL
   COUNTY OF KERN, STATE OF CALIFORNIA
2  By Andrew C. Thomson, Deputy (Bar # 149057)
   County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, California 93301
4  Telephone: (661) 868-3800
   Facsimile: (661) 868-3805
5

6  Attorney for Defendants,
   County of Kern, Sean Pratt,
7  Jason Nelson, Donny Youngblood

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | CHANG HEUM LEE, HEE JIM JANG, individually and as successors in interest to the ESTATE OF SIGMUN LEE (DECEASED) | CASE NO. 1:07-cv-01337 LJO DLB |
|---|---|
| Plaintiffs, | STIPULATION TO CONTINUE THE DATE FOR DEFENDANTS TO FILE A MOTION TO COMPEL RESPONSES TO INTERROGATORY SET ONE (1) AND REQUEST FOR PRODUCTION SET ONE (1); PROPOSED ORDER; DECLARATION OF ANDREW C. THOMSON |
| v. | |
| COUNTY OF KERN; SEAN PRATT; JASON NELSON; DONNY YOUNGBLOOD; AND DOES 1 to 50 inclusive, | |
| Defendants. | Trial: September 21, 2009<br>Judge: Lawrence J. O'Neill |

COME NOW, the parties to this litigation, by and through their respective attorneys of record, and hereby stipulate and agree to continue the present last date for filing a Motion to Compel Responses to Defendants Interrogatories, Set One (1), and Request for Production of Documents, Set One (1), from March 13, 2009 to March 20, 2009. The parties respectfully request that the Court execute an Order for the same.

As set forth below and in the Declaration of Andrew C. Thomson, which is attached hereto, good cause exists for the requested continuance as a result of the following:

On December 30, 2008, Defendants County of Kern, Sean Pratt, Jason Nelson, Donny Youngblood (hereinafter collectively "Defendants") propounded Interrogatories and

Requests for Production of Documents on Plaintiffs Chang Heum Lee and Hee Jim Jang, individually and as successors in interest to the Estate of Sigmun Lee (hereinafter collectively "Plaintiffs"). Responses had not been received as of March 10, 2009, so on March 11, 2009, Defendants served meet and confer correspondence requesting the overdue responses. Plaintiffs' counsel telephonically contacted counsel for Defendants and requested an extension of time, from March 13, 2009 to March 18, 2009, in which to serve responses prior to the filing of any motion to compel. Defendants are in agreement that the requested extension is reasonable.

In order for the extension to have meaning, the current last filing date for a motion to compel, March 13, 2009, must be extended for an equally reasonable period. The Parties are in agreement that Defendants may have an extension of the last day to file a motion to compel responses to their interrogatories and requests for production, from March 13, 2009 to March 20, 2009.

The Parties believe that the foregoing is reasonable, and are in agreement regarding the proposed extension of the last filing date for Defendants to file a Motion to Compel Responses to Defendants Interrogatories, Set One (1), and Request for Production of Documents, Set One (1), from March 13, 2009 to March 20, 2009.

There have been no previous extensions or continuances requested or granted in this matter.

IT IS HEREBY STIPULATED that, upon approval by the Court, the last filing date for Defendants to file a Motion to Compel Responses to Defendants Interrogatories, Set One (1), and Request for Production of Documents, Set One (1), is continued from March 13, 2009 to March 20, 2009.

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

IT IS FURTHER STIPULATED that this stipulation may be signed in counterparts.

Dated: March 11, 2009   B. C. BARMANN, SR., COUNTY COUNSEL

By  / s / Andrew C. Thomson
Andrew C. Thomson,
Attorneys for Defendants County of Kern,
Sean Pratt, Jason Nelson,
Donny Youngblood

Dated March 11, 2009   TAFOYA & GARCIA

By:  / s / Robert Tafoya
Robert Tafoya / David A. Garcia
Attorneys for Plaintiffs Chang Heum Lee,
Hee Jim Jang, individually and as
successors in interest to the Estate of
Sigmun Lee

## **ORDER**

For good cause shown:

IT IS HEREBY ORDERED that the last filing date for Defendants to file a Motion to Compel Responses to Defendants Interrogatories, Set One (1), and Request for Production of Documents, Set One (1), is continued from March 13, 2009 to March 20, 2009.

Dated: 12 March 2009

/s/ *Dennis L. Beck*
HONORABLE DENNIS L. BECK
U.S. MAGISTRATE JUDGE

#07cv1337.o.stipcontmtn.WPD

3
**Stipulation to Continue the Date for Defendants to File a Motion to Compel**

# DECLARATION OF ANDREW C. THOMSON
# IN SUPPORT OF STIPULATION TO CONTINUE LAST DAY FOR
# DEFENDANTS TO FILE A MOTION TO COMPEL

I, Andrew C. Thomson, declare as follows:

1. I am an attorney at law duly licensed to practice before all the state and federal courts located within the State of California. In the above-captioned litigation, I represent Defendants County of Kern, Sean Pratt, Jason Nelson and Donny Youngblood (hereinafter collectively "County").

2. I am the attorney primarily responsible for the handling of this consolidated litigation on behalf of the County. As such, I am thoroughly familiar with the facts and issues in this matter, and if called upon as a witness, I could and would competently testify to each of the matters set forth herein.

3. December 30, 2008, Defendants propounded Interrogatories and Requests for Production of Documents on Plaintiffs Chang Heum Lee and Hee Jim Jang, individually and as successors in interest to the Estate of Sigmun Lee (hereinafter collectively "Plaintiffs").

4. Responses had not been received as of March 10, 2009, so on March 11, 2009 Defendants served meet and confer correspondence requesting the over-due responses.

5. Plaintiffs' counsel telephonically contacted counsel for Defendants and requested an extension of time, from March 13, 2009 to March 18, 2009, in which to serve responses prior to the filing of any motion to compel. Defendants are in agreement that the requested extension is reasonable.

6. In order for the extension to have meaning, the current last filing date for a motion to compel, March 13, 2009, must be extended for an equally reasonable period. The Parties are in agreement that Defendants may have an extension of the last day to file a motion to compel responses to their interrogatories and requests for production, from March 13, 2009 to March 20, 2009. The Parties believe that the foregoing is reasonable.

///

7. There have been no previous extensions or continuances requested or granted in this matter.

8. I am informed and believe that, during the pendency of this litigation, counsel have worked together in a spirit of collegiality and good-will in an effort to further this matter in a civilized fashion while aggressively representing their respective clients.

9. As a result of counsels' desire to maintain civility in this matter, counsel have met and conferred and agreed to attempt, with the Court's assistance, to accommodate the Plaintiffs' requested extension by allowing the extension to file a motion to compel, if necessary.

10. Based upon the foregoing, I believe that good cause exists to continue the last filing date for Defendants to file a Motion to Compel Responses to Defendants Interrogatories, Set One (1), and Request for Production of Documents, Set One (1), from March 13, 2009 to March 20, 2009.

The matters stated herein are true of my own knowledge, except as to those matters which are stated upon information and belief and, as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and if called upon, could and would testify competently thereto.

Executed in Bakersfield, California, on this __11__ day of March, 2009.

                                            / s / Andrew C. Thomson
                                           Andrew C. Thomson, Esq., Declarant