IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG HEUM LEE, HEE JIM JANG, individually and as successors in interest to the ESTATE OF SIGMUN LEE (DECEASED),<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN, et al.,<br><br>Defendants. | 1:07cv01337 LJO DLB<br><br>ORDER GRANTING DEFENDANT'S MOTION TO COMPEL<br>(Document 39) |

Defendants County of Kern, Sean Pratt, Jason Nelson, and Donny Youngblood ("Defendants") filed the instant amended motion to compel on April 3, 2009. The Court deemed the matter suitable for decision without oral argument.

Defendants are seeking responses to the following: (1) Sean Pratt's Interrogatories, Set One; (2) Jason Nelson's Interrogatories, Set One; (3) Donny Youngblood's Interrogatories, Set One; (4) County's Interrogatories, Set One; (5) Sean Pratt's Request for Production of Documents, Set One; (6) Jason Nelson's Request for Production of Documents, Set One; (7) Donny Youngblood's Request for Production of Documents, Set One; and (8) County's Request for Production of Documents, Set One.

Plaintiff Chang Heum Lee ("Plaintiff") failed to provide any responses to the interrogatories or requests for production. On March 11, 2009, Defendants served a meet and

confer letter on Plaintiff. (Exhibit I attached to Motion to Compel). Thereafter, the parties stipulated that Plaintiff would answer the discovery on or before March 18, 2009, and Defendants would have until March 20, 2009, to file a motion to compel. The Court approved this stipulation. (Doc. 37).

Despite the stipulation, as of March 19, 2009, Defendants had not received any responses to the discovery, and they filed the instant motion to compel discovery. (Docs. 38 and 39). Plaintiff failed to oppose the motion as provided for by Local Rule 37-251(e).

Accordingly, Defendants' motion is GRANTED. Plaintiff Chang Heum Lee shall provide responses, without objection, to the requested discovery within twenty (20) days of the date of this order.

Pursuant to F.R.Civ.P 37(a)(5) the Court is required to award Defendants reasonable expenses incurred in making this motion to compel, including attorneys' fees. If Plaintiff has any reason why the Court should not award expenses they should provide them in writing within 5 days of this order. Defendants shall have 5 days thereafter to reply and to submit an affidavit of expenses.

Should plaintiff refuse, absent good cause, to provide responses within the specified time, Defendants may reapply to this Court for sanctions. Plaintiff is advised that a failure to respond to the requested discovery within the time specified by this Court may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **May 18, 2009**        /s/ **Dennis L. Beck**
                          UNITED STATES MAGISTRATE JUDGE