UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG HEUM LEE, et al., | CASE NO. CV F 07-1337 LJO DLB |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 46.) |
| COUNTY OF KERN, et al., | |
| Defendants. | |

Defense counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than August 6, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the July 20, 2009 summary judgment motion hearing, August 12, 2009 pretrial conference, and September 21, 2009 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   July 6, 2009**            /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE