1  OFFICE OF COUNTY COUNSEL
   COUNTY OF KERN, STATE OF CALIFORNIA
2  By Andrew C. Thomson, Deputy (Bar # 149057)
   County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, California 93301
4  Telephone: (661) 868-3800
   Facsimile: (661) 868-3805
5

6  Attorney for Defendants,
   County of Kern, Sean Pratt,
7  Jason Nelson, Donny Youngblood

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | CHANG HEUM LEE, HEE JIM JANG, individually and as successors in interest to the ESTATE OF SIGMUN LEE (DECEASED) | CASE NO. 1:07-cv-01337 LJO DLB |
| --- | --- |
| Plaintiffs, | STIPULATION FOR DISMISSAL OF DEFENDANTS; ORDER |
| v. | |
| COUNTY OF KERN; SEAN PRATT; JASON NELSON; DONNY YOUNGBLOOD; AND DOES 1 to 50 inclusive, | |
| Defendants. | |

20     **COME NOW**, the Parties herein, by and through their respective counsel of record,

21 Robert Tafoya, Esq. and, David A. Garcia Esq., TAFOYA & GARCIA, appearing for

22 Plaintiffs Chang Heum Lee and Hee Jim Jang, individually and as successors in interest

23 to the Estate of Sigmun Lee (Deceased) (hereinafter collectively "Plaintiffs"), and Andrew

24 C. Thomson, Deputy, Office of Kern County Counsel, appearing for Defendants County of

25 Kern, Deputy Sean Pratt, Deputy Jason Nelson and Sheriff Donny Youngblood (hereinafter

26 collectively "Defendants") and, with the authority of their respective clients, stipulate as

27 follows:

28 \ \ \

1   **IT IS HEREBY STIPULATED**, that the above-captioned action be dismissed with prejudice in its entirety as to any complaint, allegation and/or cause of action against Defendants County of Kern, Deputy Sean Pratt, Deputy Jason Nelson and Sheriff Donny Youngblood, singularly and collectively, pursuant to FRCP 41(a)(1); more specifically the dismissal of the Complaint of Plaintiffs Chang Heum Lee and Hee Jim Jang, against Defendants County of Kern, Deputy Sean Pratt, Deputy Jason Nelson and Sheriff Donny Youngblood.

**IT IS FURTHER STIPULATED** that the aforementioned dismissal is in consideration of an agreed resolution of the matter by all Parties, and that each Party hereby agrees to bear all of its/their own costs and attorney's fees with respect to this litigation.

Dated: ~~July~~ Aug  4 , 2009         LAW OFFICE OF TAFOYA & GARCIA

By    / s / Robert Tafoya
Robert Tafoya, Esq.
David A. Garcia, Esq.
Attorneys for  Plaintiffs Chang Heum Lee and Hee Jim Jang

Dated: ~~July~~ Aug  6 , 2009         OFFICE OF COUNTY COUNSEL

By    / s / Mark L. Nations for
Andrew C. Thomson, Deputy
Attorneys for Defendants County of Kern, Deputy Sean Pratt, Deputy Jason Nelson and Sheriff Donny Youngblood

## ORDER

The Clerk of the Court is directed to close this action in its entirety. The Trial date of September 21, 2009 is vacated.

IT IS SO ORDERED.

Dated:    **August 6, 2009**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE